# ReedSmith
**Driving progress through partnership**

**Casey D. Laffey**
Direct Phone: +1 212 549 0389
Email: claffey@reedsmith.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2020
```

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 9, 2020

**APPLICATION GRANTED**
/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
03/10/2020

**Via ECF**

Honorable Judge Katherine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

**Re:     CohnReznick LLP v. Mazars USA, LLP, No. 1:20-cv-00349-LTS-KHP**

Dear Judge Parker:

We represent plaintiff CohnReznick LLP ("CohnReznick") in the above-captioned matter. We write on behalf of CohnReznick and defendant Mazars USA, LLP ("Mazars") to advise the Court that in accordance with Federal Rule of Civil Procedure 26(f) and Your Honor's Individual Rules, the parties met and conferred on February 25, 2020. Since that time, the parties have been exchanging communications and are close to reaching an agreement on a proposed Case Management Plan, but require a few additional days to complete the process.

Accordingly, the parties respectfully request that the Court extend the parties' deadline to submit their Report of Rule 26(f) Meeting and Proposed Case Management Plan until March 12, 2020.

We thank the Court for its time and attention to this matter.

Respectfully submitted,


/s/ *Casey D. Laffey*

Casey D. Laffey

cc:     Thomas R. Manisero, Esq.
        Cynthia S. Butera, Esq.

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON