USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COHNREZNICK LLP,

                                 Plaintiff,

                 -against-

MAZARS USA, LLP,

                                 Defendant.

-----------------------------------------------------------------X

20-CV-349 (LTS) (KHP)

**ORDER CONVERTING INITIAL CASE MANAGEMENT CONFERENCE TO TELEPHONE CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Initial Case Management Conference in this matter scheduled for **Monday, March 16, 2020 at 11:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

        **SO ORDERED.**

DATED:     New York, New York
                 March 11, 2020

                                                    _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge